The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CARL L. JUSTICE JR., <br><br> Defendant. | NO.   MJ24-610 <br><br> COMPLAINT FOR VIOLATION <br><br> 18 U.S.C. § 922(g)(1) |

BEFORE United States Magistrate Judge S. Kate Vaughan, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about July 28, 2024, in King County, within the Western District of Washington, CARL L. JUSTICE JR., knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.    *Possession of Cocaine Base with Intent to Distribute*, in the United States District Court for the Western District of Washington, under case number CR06-0067-MJP, on or about January 25, 2007; and

Complaint - 1
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

       ii.     *Burglary in the Second Degree*, in King County Superior Court, under case number 14-1-02596-0, on or about January 1, 2015

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 32 semi-automatic, .357 caliber handgun that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Shawna McCann, being first duly sworn on oath, depose and say:

1.     I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed with the FBI since September 17, 2017.  I am currently assigned to the violent crime/organized crime squad in the Seattle, Washington office.  As an FBI Special Agent, I have investigated a variety of narcotics and firearm related crimes, including cases involving possession and distribution of narcotics, illegal trafficking of firearms, and unlawful possession of firearms and ammunition.

2.     During my FBI career, I have been involved in narcotics and felon in possession of firearms and ammunition arrests and search warrants in drug trafficking, organized crime, and trafficking of stolen property cases.  I have authored affidavits in support of federal warrant applications, participated in executing state and federal warrants, and have interviewed drug and firearms traffickers and informants with knowledge of drug and firearms trafficking.  I have also served as a case agent on prior federal criminal investigations into Drug Trafficking Organizations ("DTOs") and other criminal activity.  I have participated in the debriefing of defendants, witnesses, and informants, during which time I have discussed with them their criminal activity, to include drug trafficking, firearms possession, and avoiding law enforcement detection,

Complaint - 2
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

among other crimes and activities. I have also discussed with and learned from other law enforcement investigators regarding these matters as well.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. I have also read reports written by law enforcement officers regarding the incident in this case. This affidavit is intended to show merely that there is sufficient probable cause for the above charge and does not set forth all of my knowledge about this matter.

4. On July 28, 2024, officers with the Seattle Police Department responded to a 911 call around 10:55 p.m. at the Onni Boren Tower, located at 130 Boren Avenue North, in Seattle. Security personnel at the apartment building placed the call and reported that there were approximately 20 to 30 people partying in the conference room of the apartment building and refusing to leave. Security further reported that these people appeared intoxicated, and some were known to carry firearms.

5. Officers arrived at the building and entered the conference room. The arrival of law enforcement caused many of the people in the group to quickly leave; however, several people remained in the common room. Officers recognized one of the people in the common room as an individual named D.F., who had attempted to elude law enforcement during an encounter earlier that day. Officers attempted to detain D.F. based on probable cause for eluding officers. While officers were attempting to place him in handcuffs, D.F. tore his arms from officers and ran towards the door. Officers were able to stop D.F. and wrestled him to the ground, placing him in handcuffs. D.F. was then pat-searched by an officer who found a handgun on his person that had a round chambered and a loaded extended magazine inserted.

6. While officers were contacting D.F., other officers who responded on scene observed that there were a few people from the group who remained in the conference

Complaint - 3
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

room and were in close proximity to the officers struggling to control D.F. An officer stepped in between the officers struggling with D.F. and the remaining people in the conference room for officer safety concerns. The officer then asked the individuals if they had any guns. They all said no, including a male subsequently identified as CARL L. JUSTICE JR.

7.     SPD Officer Thomas Barnett conducted a pat search of JUSTICE for officer safety based on the earlier reports of persons in the group being known known to carry firearms and other officers having located a firearm on D.F., which was relayed to this officer. While frisk searching JUSTICE, Office Barnett found a Glock 32 semi-automatic handgun stuffed into the inner waistband on the left side of his shorts. Officer Barnett removed the firearm from JUSTICE's waistband and asked JUSTICE if he had a concealed weapons permit.  JUSTICE replied that he did not. The officer cleared the firearm to render it safe, identifying that the firearm was loaded with a round in the chamber and had a loaded magazine inserted. The firearm was fully identified as a Glock 32 semi-automatic, .357 caliber, handgun, bearing serial number WRX061.

8.     JUSTICE was escorted from the building to the front of a patrol vehicle where he was advised of his *Miranda* rights.  JUSTICE stated he understood his rights and had no questions. JUSTICE was placed in the back of the patrol car and transported to Seattle Police Department for booking, where his identity was confirmed to be CARL L. JUSTICE JR.

9.     Officer Barnett packaged and booked the firearm and ammunition into Seattle Police Department evidence.

10.     On or about August 19, 2024, I took custody of the Glock 32 firearm and associated ammunition from Seattle Police Department evidence and transported and booked this evidence into FBI Seattle evidence.

Complaint - 4
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. Special Agent Brian Arnold of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a court-recognized "interstate nexus" expert who has received specialized training in identifying the manufacturers and/or importers of firearms and ammunition, has reviewed the make, model, caliber, and serial numbers of the above firearms. He has also reviewed photographs of the firearms. Based on his review, Special Agent Arnold has opined that the firearms meet the definition of "firearm" under federal law and that each of the firearms was manufactured outside the State of Washington. Therefore, the above firearms necessarily had previously traveled in interstate or foreign commerce before being recovered in King County, Washington.

12. I have reviewed the criminal history report showing that JUSTICE has been convicted for the following crimes punishable by imprisonment for a term exceeding one year:

    i. *Possession of Cocaine Base with Intent to Distribute*, in the United States District Court for the Western District of Washington, under case number CR06-0067-MJP, on or about January 25, 2007; and

    ii. *Burglary in the Second Degree*, in King County Superior Court, under case number 14-1-02596-0, on or about January 1, 2015

In each of the above cases, JUSTICE was sentenced to a term of imprisonment exceeding one year.

Complaint - 5
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

13.    Based on the foregoing, I respectfully submit that there is probable cause to believe that CARL L. JUSTICE JR. has committed the offense of:  Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

DATED this _26th____ day of September, 2024.


_____

SHAWNA McCANN, Special Agent
Federal Bureau of Investigation


Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this _26th___ day of September, 2024


_____

S. KATE VAUGHAN
United States Magistrate Judge

Complaint - 6
*United States v. Justice*
USAO No. 2024R00948

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970